HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SHERRY TAGGART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:14-CR-0099 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **RELEASE ORDER** |
| SHERRY TAGGART, | ) |
| Defendant. | ) Judge:  Hon. Carolyn K. Delaney |

On April 7, 2014, the Court ordered defendant Sherry Taggart released on her own recognizance to be admitted to The Effort residential treatment facility, but stayed the order pending the availability of a bed.  The Court directed Pretrial Services to notify the court when a bed became available so that the Court could process a release order.

Pretrial Services notified defense counsel (Zindel) this morning that a bed will become available this weekend.  They asked defense counsel to prepare an order of release directing that Ms. Taggart be released no later than 9:00 a.m. on Monday, May 5, to the Pretrial Services office.   Defense counsel advised A.U.S.A. Kyle Reardon who stated that the government does not oppose issuing an order of release.

-1-

The Federal Defender's Office will transport Ms. Taggart from Pretrial Services to The Effort on Monday morning after she meets with her Pretrial Services officer.

Accordingly, the Court orders Ms. Taggart released to the Pretrial Services Office no later than 9:00 a.m. on Monday, May 5, 2014, for transportation to The Effort.

IT IS SO ORDERED.

Dated: May 2, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE