HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
SHERRY TAGGART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-099-KJM |
| Plaintiff, | STIPULATED MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | Judge: Hon. Carolyn K. Delaney |
| SHERRY TAGGART, | |
| Defendants. | |

Ms. Taggart was released from custody a couple of days following her arrest on April 4, 2014.  She was released under pretrial supervision.   She successfully completed her inpatient drug treatment program, MRT and Better Choices.  She has been living in the community for months under pretrial supervision and currently has a state job.  Ms. Taggart has complied with the conditions of her release and there have been no petitions filed.

Ms. Taggart is requesting permission to fly to New York on or about April 29th  to visit with Ms. Antonucci for no longer than one week.  Her pretrial services officer is aware of this request and has no objections.  The prosecutor in this case and co-defendant's counsel have both been consulted and also have no objections to this request.

The parties respectfully requests that the conditions of supervision be modified to allow Sherry Taggart to travel to New York at the end of April for a visit of up to a week.  The defendant, Ms. Taggart, should provide travel information and contact information as directed by

her pretrial services officer. All other conditions are to remain in full force and effect.

Dated: March 31, 2016

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ LINDA C. ALLISON*
                                      LINDA C. ALLISON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SHERRY TAGGART

Dated: March 31, 2016                  Benjamin B. Wagner
                                      United States Attorney

                                      /s/ ANDRE ESPINOZA
                                      Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that conditions of supervision be modified to allow the defendant Sherry Taggart to travel to New York at the end of April for a visit of up to a week. The defendant, Ms. Taggart, should provide travel information and contact information as directed by her pretrial services officer. All other conditions are to remain in full force and effect.

Dated: April 1, 2016

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE