UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-cr-0099-KJM |
| Plaintiff, | ORDER |
| v. | |
| Sherry Taggart, | |
| Defendant. | |

Sherry Taggart moves pro se for early termination of her thirty-six month term of supervised release. ECF No. 120. The government has consulted with the United States Probation Office and has reviewed the facts, and it does not oppose Ms. Taggart's request. ECF No. 121. The court has also reviewed Ms. Taggart's request and agrees that her efforts toward rehabilitation and her positive record support her motion, which is **granted**. Ms. Taggart's term of supervised release is thus **terminated**.

IT IS SO ORDERED.

DATED: February 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1